IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.J. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | NO. 24-4226 |
| Commissioner of Social Security | : | |

**O R D E R**

AND NOW, this 28th day of November, 2025, upon consideration of Plaintiff's Amended Brief and Statement of Issues (Doc. 15), the response (Doc. 16), the reply (Doc. 17), and after careful consideration of the administrative record (Docs. 8 & 12), IT IS HEREBY ORDERED that:

1. Judgment is entered affirming the decision of the Commissioner of Social Security and the relief sought by Plaintiff is DENIED; and

2. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

*/s/ Caroline Goldner Cinquanto*
_____
CAROLINE GOLDNER CINQUANTO, U.S.M.J.